UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| EDWARD CLARK,<br>    Plaintiff,<br><br>v.<br><br>BRAD LIVINGSTON, et al.,<br>    Defendants. | §<br>§<br>§<br>§  Civ. No. CC-08-45<br>§<br>§<br>§<br>§ |

## ORDER ADOPTING MEMORANDA AND RECOMMENDATIONS

Plaintiff claims that Defendants violated his rights under the Constitution and the Americans with Disabilities Act ("ADA"). D.E. 1. The Magistrate Judge recommends dismissing Plaintiff's 42 U.S.C. § 1983 claims for failure to state a claim, pursuant to 28 U.S.C. §§ 1915(e)(2)(B) and 1915A(b)(1). D.E. 16. Plaintiff has not filed objections to this recommendation. Defendants now move for summary judgment on all claims against them, which Plaintiff opposes. D.E. 44, 47. The Magistrate Judge recommends granting Defendants' motion and dismissing all Plaintiff's claims in this case. D.E. 51. Plaintiff has not filed objections to this recommendation.

When no timely objection to the Magistrate Judge's Memorandum and Recommendation is filed, the Court need only satisfy itself that there is no "clear error" on the face of the record in order to accept the Magistrate Judge's recommendation. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir.1996) (citing FED. R. CIV. P. 72(b) advisory committee's note (1983)).

1

Having reviewed the pleadings and motions on file, the Court finds no clear error in the Magistrate Judge's recommendations. The Court accepts the Magistrate Judge's recommendations and DISMISSES Plaintiff's 42 U.S.C. § 1983 claims for failure to state a claim. The Court additionally GRANTS Defendants' Motion for Summary Judgment (D.E. 44) and dismisses Plaintiff's ADA claims. All other pending motions in this matter are denied as moot.

ORDERED this 1st day of Sept, 2009.

HAYDEN HEAD
CHIEF JUDGE